No. 93–5266. MUNDA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5267. RANSOM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5268. ONUOHA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–5269. LYLES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5270. PIERCE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5271. MELTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5272. MORDI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5273. MITCHELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–5274. ONTIVEROS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–5275. SANDERS *v.* ILLINOIS DEPARTMENT OF CORRECTIONS ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–5277. TYLER *v.* GEILER ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–5278. HARVEY *v.* PERRILL, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 93–5279. HARRIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5280. KAYLOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5281. HARLEY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–5282. KUKES *v.* DUNCAN, WARDEN. Sup. Ct. Cal. Certiorari denied.